IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-273 T

(Judge Bruggink)

INVESTEC, INC.,

Plaintiff

v.

UNITED STATES,

Defendant

consolidated with

No. 05-274 T

MARY E. BOWLER,

Plaintiff

v.

UNITED STATES,

Defendant

JOINT MOTION FOR EXTENSION OF TIME

Pursuant to RCFC 6, the parties submit the following Joint Motion for Extension of Time. The parties request that the Court enlarge the deadline for the parties to complete

discovery by 46 days, from October 5, 2006, to November 20, 2006. Three prior enlargements of this deadline, totaling 105 days have been granted.

The parties have endeavored to arrive at a settlement of the above-captioned case. At the present time the defendant is preparing computations of the amount of refund that would result from the various settlement proposals. Those computations have not been completed. The parties request an enlargement of the discovery cut-off to allow them time to see if this matter can be settled before having to incur further discovery expense.

WHEREFORE, the parties pray that this Court grant this motion and extend the deadline for the conclusion of discovery in the above-captioned case to November 20, 2006.

Respectfully submitted,

10/03/06
DATE

s/Thomas W. Ostrander

THOMAS W. OSTRANDER
Duane Morris LLP
One Liberty Place
Philadelphia, Pa. 19105-7396
(215) 979-1802

Counsel for Plaintiffs

10/03/06
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief

10/03/06 s/Mary M. Abate
DATE Of Counsel

Counsel for Defendant



1944805.1