# In the United States Court of Federal Claims

Nos. 05-273T & 05-274T (consolidated)
(Filed: October 10, 2006)

*********************************

INVESTEC, INC.,
MARY E. BOWLER,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

## ORDER

Pending is the parties' October 3, 2006 motion for an extension of time, to and including November 20, 2006, within which to complete discovery. For good cause shown, the motion is granted. The parties shall file a joint status report on or before November 28, 2006 concerning further proceedings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge