IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-273 T

(Judge Bruggink)

---

INVESTEC, INC.,

Plaintiff

v.

UNITED STATES,

Defendant

consolidated with

No. 05-274 T

---

MARY E. BOWLER,

Plaintiff

v.

UNITED STATES,

Defendant

---

JOINT STATUS REPORT

---

Pursuant to the Court's Order, the parties submit the following Joint Status Report. The parties have completed discovery in the above-captioned case. The parties have tentatively agreed on a basis for possibly settling this case. The Department of Justice is currently preparing

computations based on the proposed settlement. Upon receipt of those computations the parties will decide whether to proceed with a possible settlement or to proceed to trial. The parties request that they be allowed 45 days to complete this process. The parties propose that they file another joint status report on January 29, 2007, concerning the status of settlement discussions.

Respectfully submitted,

12/15/06
DATE

s/Thomas W. Ostrander
THOMAS W. OSTRANDER
Duane Morris LLP
One Liberty Place
Philadelphia, Pa. 19105-7396
(215) 979-1802

Counsel for Plaintiffs

12/15/06
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

12/15/06
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant