# In the United States Court of Federal Claims

Nos. 05-273T & 05-274T (consolidated)
(Filed: December 21, 2006)

**********************************

INVESTEC, INC.,
MARY E. BOWLER,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

**********************************

ORDER

The court has before it the parties' December 15, 2006 joint status report. Based upon representations made in that report, the parties are directed to file another joint status report on or before January 29, 2007, concerning the status of settlement discussions.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge