IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-273 T

(Judge Bruggink)

INVESTEC, INC.,

Plaintiff

v.

UNITED STATES,

Defendant

consolidated with

No. 05-274 T

MARY E. BOWLER,

Plaintiff

v.

UNITED STATES,

Defendant

JOINT MOTION FOR SUSPENSION

The parties respectfully request for the following reasons that this Court suspend proceedings in the above-captioned case until the defendant has completed its review of the plaintiff's offer to settle the above-captioned case. The parties have completed their settlement

discussions. The plaintiffs within the next week will submit to defendant an offer in accordance with those discussions. Once that offer is received, it will have to be reviewed by the Department of Justice. The parties thus request that proceedings in the above-captioned case be suspended until a final decision has been made on the plaintiff's upcoming offer. The parties propose that they file a status report in 90 days advising the Court of the status of the review of the plaintiff's upcoming offer.

Respectfully submitted,

2/26/07
DATE

s/Thomas W. Ostrander

THOMAS W. OSTRANDER
Duane Morris LLP
One Liberty Place
Philadelphia, Pa. 19105-7396
(215) 979-1802

Counsel for Plaintiffs

2/26/07
DATE

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

2/26/07 s/Steven I. Frahm
DATE Of Counsel

Counsel for Defendant



1761237.1