# In the United States Court of Federal Claims

Nos. 05-273T & 05-274T (consolidated)
(Filed: February 27, 2007)

*********************************

INVESTEC, INC.,
MARY E. BOWLER,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

*********************************

ORDER

Pending is the parties' February 23, 2007 motion for a suspension of proceedings pending settlement. The motion is granted. The parties are directed to file a joint status report on or before May 29, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge