IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-273 T

(Judge Bruggink)

INVESTEC, INC.,

Plaintiff

v.

UNITED STATES,

Defendant

consolidated with

No. 05-274 T

MARY E. BOWLER,

Plaintiff

v.

UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's Order, the parties submit the following Joint Status Report. The plaintiffs' settlement offer has been accepted by the Department of Justice. The Internal Revenue Service has been directed to process the overpayments resulting from the settlement.

The parties parties propose that they file another joint status report in 60 days if a stipulation of dismissal is not filed before that date.

Respectfully submitted,

5/29/07
DATE

s/Thomas W. Ostrander
THOMAS W. OSTRANDER
Duane Morris LLP
One Liberty Place
Philadelphia, Pa. 19105-7396
(215) 979-1802

Counsel for Plaintiffs

5/29/07
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

5/29/07
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant



1944805.1