# In the United States Court of Federal Claims

Nos. 05-273T & 05-274T (consolidated)
(Filed: June 1, 2007)

********************************

INVESTEC, INC.,
MARY E. BOWLER,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.

********************************

ORDER

Pursuant to representations made in the May 29, 2007 joint status report, the parties are directed to file another joint status report on or before July 31, 2007, absent the filing of a joint stipulation of dismissal in the interim.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge