IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-273 T

(Judge Bruggink)

---

INVESTEC, INC.,

Plaintiff

v.

UNITED STATES,

Defendant

consolidated with

No. 05-274 T

---

MARY E. BOWLER,

Plaintiff

v.

UNITED STATES,

Defendant

---

STIPULATION FOR DISMISSAL

---

It is hereby stipulated and agreed that each of the complaints in the above-captioned consolidated cases be dismissed with prejudice, the parties to bear their respective costs,

including possible attorneys' fees or other expenses of litigation.

Respectfully submitted,

9/19/07
DATE

s/Thomas W. Ostrander
THOMAS W. OSTRANDER
Duane Morris LLP
One Liberty Place
Philadelphia, Pa. 19105-7396
(215) 979-1802

Counsel for Plaintiffs

9/19/07
DATE

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
Justice Department (Tax)
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

9/19/07
DATE

s/Steven I. Frahm
Of Counsel

Counsel for Defendant